KELLY, Appellant, v. BEERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Sarah E. Kelly against Franklin B. Beers and another, as executors, etc., and the Home Savings Bank of the City of Albany.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

KELLY, Respondent, v. MULCAHY, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by James Kelly, as administrator, against John Mulcahy. P. Van Alstine, for appellant. A. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KINDBERG, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Edward O. Kindberg against Robert R. Chapman. T. T. Baylor, for appellant. A. Reymert, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KINDORF, Appellant, v. HOELLERER, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Frederick Kindorf against Philip J. Hoellerer. M. Dammann, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Order affirmed, with costs, on 87 App. Div. 628, 84 N. Y. Supp. 465. Order filed.

PATTERSON, P. J., and LAUGHLIN, J., dissent.

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Michael King, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., dissent, and vote for affirmance.

KNICKERBOCKER TRUST CO., Respondent, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by the Knickerbocker Trust Company against Mark Packard. No opinion. Judgment and order affirmed, with costs.

KOBLENZER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Morris Koblenzer against the New York City Railway Company. C. F. Brown, for appellant. B. Scharps, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LAKOWSHOWSKY v. UTOPIA LAND CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Abraham Lakowshowsky against the Utopia Land Company. No opinion. Application granted. Order signed.

LALLY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Lavinia Lally against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. See 107 N. Y. Supp. 868.

LA MONTAGUE et al., Respondents, v. BANK OF NEW YORK NAT. BANKING ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Edward La Montague and others against the Bank of New York National Banking Association. P. D. Trafford, for appellant. A. C. Brown, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANE, Respondent, v. HOLDEN et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Charles M. Lane against Hendrick S. Holden and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Held, that the moving papers did not show that the examination was necessary to frame the complaint, or that the testimony of the persons to be examined was material and necessary in the prosecution of the action, issue not having been joined; also on the ground that the affidavit on which the order of examination was granted was defective and insufficient, in that it failed to state whether or not the defendants Satterlee and Busch had appeared in the action, and, if they or either of them had appeared therein, the name and residence or office address of the attorney by whom they or either of them had appeared.

ROBSON, J., concurs on ground last stated. SPRING, J., dissents, and votes for affirmance.

LAPPERT, Respondent, v. CONSOLIDATED TELEPHONE & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Bella Lappert against the Consolidated Telephone & Electric Company. F. H. Hulse, for appellant. M. L. Schallek, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

LAVIN, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Michael Lavin against the Degnon Contracting Company. No opinion. Motion denied.

LEACH, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court,